# United States District Court
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT COLE JORDAN<br>[DOB: 08/12/1953], | <u>**COUNT ONE:**</u><br>*Felon in Possession of a Firearm*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT: 10 Years' Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years' Supervised Release<br>Class C Felony<br>Plus a $100 Special Assessment<br><br>**CRIMINAL COMPLAINT**<br><br>**Case Number:** 20-MJ-00085-LMC (JAM) |

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT ONE
*Felon in Possession of Firearms*

On or about August 10, 2020, in the Western District of Missouri, the defendant, ROBERT COLE JORDAN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a LLP Ruger .380 caliber handgun, Serial Number 371070375, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

I further state that I am a Task Force Office of the Federal Bureau of Investigation, and that this complaint is based on the following facts:

(See attached Affidavit)

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No.

_____
TFO Brian Tomanio
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

| | | |
|---|---|---|
| **Aug 11, 2020** | at | Kansas City, Missouri |
| Date | | City and State |

| | |
|---|---|
| Sarah W. Hays, United States Magistrate Judge | _Sarah W. Hays_ |
| Name and Title of Judicial Officer | Signature of Judicial Officer |