IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT COLE JORDAN,<br><br>Defendant. | Case No. 20-MJ-00085-LMC (JAM) |

ENTRY OF APPEARANCE

Comes now the undersigned Assistant United States Attorney and enters his appearance as counsel for the United States in the above-referenced case

                                        Respectfully submitted,

                                        Timothy A. Garrison
                                        United States Attorney

                        By     /s/ Brandon E. Gibson

                                        Brandon E. Gibson
                                        Assistant United States Attorney

                                        Charles Evans Whittaker Courthouse
                                        400 East Ninth Street, Suite 5510
                                        Kansas City, Missouri 64106
                                        Telephone: (816) 426-3122

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on August 19, 2020, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/Brandon E. Gibson*
Brandon E. Gibson
Assistant United States Attorney